No. 85, Misc. TAYLOR v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 86, Misc. MURPHY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Bernard H. Sokol* for petitioner.

No. 87, Misc. UTT v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 88, Misc. HARVELL ET AL. v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 91, Misc. DeGENNARO v. DENNO, WARDEN. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 94, Misc. BUCKLES v. SIGLER, WARDEN. Supreme Court of Nebraska. Certiorari denied.

No. 95, Misc. WASHINGTON v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 96, Misc. GAILES ET AL. v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 101, Misc. CAPECE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Sidney W. Rothstein, Louis G. Greenfield* and *Jules E. Yarnell* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.